

OCT 17 2012

JLK:USAO#2011R00577

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. CCB-12-0550 |
| v. | |
| KEMP EARL MITCHELL, | (Conspiracy to Distribute and Possess with Intent to Distribute Heroin, 21 U.S.C. § 846; Distribution of and Possession with Intent to Distribute Heroin, 21 U.S.C. § 841; Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant. | |

.oOo.

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about March 2012, up to and including the date of this Indictment, in the District of Maryland, the defendant,

**KEMP EARL MITCHELL,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about March 15, 2012, in the District of Maryland,

### KEMP EARL MITCHELL,

the defendant herein, did knowingly and willfully distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2012, in the District of Maryland,

## KEMP EARL MITCHELL,

the defendant herein, did knowingly and willfully distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about May 1, 2012, in the District of Maryland,

**KEMP EARL MITCHELL,**

the defendant herein, did knowingly and willfully distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about June 14, 2012, in the District of Maryland,

**KEMP EARL MITCHELL,**

the defendant herein, did knowingly and willfully distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: October 17, 2012.

-5-